UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL DEPOSIT INSURANCE
CORPORATION, in its Capacity as
Receiver for NextBank, N.A.,

       Plaintiff,

v.

THE BANK OF NEW YORK, as Indenture
Trustee of the NextCard Credit Card Master
Note Trust,

       Defendant.

Case No. _____

**CERTIFICATE PURSUANT TO LOCAL CIVIL RULE 65.1(a) IN SUPPORT OF
THE FDIC RECEIVER'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

  Pursuant to Local Civil Rule 65.1(a), undersigned counsel for the Federal Deposit Insurance Corporation, as Receiver for NextBank, N.A. ("the FDIC Receiver") hereby certifies that, on November 17, 2006, he gave to counsel for the Bank of New York, as Indenture Trustee of the NextCard Credit Card Master Note Trust, actual notice of the time of making the application for a temporary restraining order and copies of all pleadings and papers filed in the action to date and presented to the Court, as set forth in the certificate of service.

Dated: November 20, 2006

Of Counsel:

Tom M. Reeves (KS Sup. Ct. No. 7259)
Counsel
Federal Deposit Insurance Corporation
550 17th Street, N.W., Room VS-D-7068
Washington, D.C. 20429

Respectfully submitted,

_____
Dennis S. Klein, D.C. Bar No. 361457
Scott H. Christensen, D.C. Bar No. 476439
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, DC 20006
Telephone: (202) 721-4600
Facsimile: (202) 721-4646

Telephone: (703) 562-2433
Facsimile: (703) 562-2475
E-mail: TReeves@FDIC.gov

Attorneys for Plaintiff Federal Deposit
Insurance Corporation, in its Capacity as
Receiver for NextBank, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 20, 2006, true and accurate copies of foregoing CERTIFICATE PURSUANT TO LOCAL CIVIL RULE 65.1(a) IN SUPPORT OF THE FDIC RECEIVER'S MOTION FOR A TEMPORARY RESTRAINING ORDER were served by mail upon:

John L. Douglas
H. Stephen Harris, Jr.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

Paul F. Brinkman
Alston & Bird LLP
601 Pennsylvania Avenue, N.W.
North Building, 10th Floor
Washington, D.C. 20004-2601

_____
Scott H. Christensen