UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

FEDERAL DEPOSIT INSURANCE
CORPORATION, in its Capacity as
Receiver for NextBank, N.A.,

                            Plaintiff,

v.

THE BANK OF NEW YORK, as Indenture
Trustee of the NextCard Credit Card Master
Note Trust,

                            Defendant.

Case No. 06-CV-01975-ESH

Hon. Ellen Segal Huvelle

---

## STIPULATION

      THIS MATTER having come before the Court on the stipulation of Plaintiff Federal Deposit Insurance Corporation, in its Capacity as Receiver for NextBank, N.A. (the "FDIC Receiver"), and Defendant The Bank of New York ("BNY"), as Indenture Trustee of the NextCard Credit Card Master Note Trust (the "Trust"); and BNY having assured the Court and the FDIC Receiver that funds in the possession, custody, or control of BNY as Indenture Trustee of the Trust will not be transferred or distributed in any way (other than payment of the fees and expenses of The First National Bank of Omaha as Servicer) pending an order from this Court regarding the distribution or transfer of such funds; and based on the assurance above, the parties have agreed to the briefing schedule set forth below rather than a hearing on these matters on Wednesday, November 22, 2006,

      IT IS HEREBY ORDERED that funds that are or will be in the possession, custody, or control of BNY as Indenture Trustee of the Trust shall not be transferred or

distributed in any way (other than payment of the fees and expenses of The First National Bank of Omaha as Servicer) pending an order from this Court regarding the distribution or transfer of such funds.

IT IS FURTHER ORDERED that the FDIC Receiver shall file a combined opposition to BNY's motion to dismiss and reply in support of the FDIC Receiver's motion for preliminary and permanent injunction on or before December 6, 2006.

IT IS FURTHER ORDERED that BNY shall file a reply in support of its motion to dismiss on or before December 15, 2006.

SO ORDERED.

Date: _____    _____
                                  HON. ELLEN SEGAL HUVELLE

The parties consent to the entry of an order in the foregoing form.

_____    _____
Dennis S. Klein, D.C. Bar No. 361457    H. Stephen Harris, Jr. /with permission SHC
Scott H. Christensen, D.C. Bar No. 476439    ALSTON & BIRD LLP
HUGHES HUBBARD & REED LLP    One Atlantic Center
1775 I Street, N.W.    1201 West Peachtree Street
Washington, D.C. 20006-2401    Atlanta, Georgia 30309-3424
Telephone: 202-721-4600    Telephone: 404-881-7000

Counsel for Plaintiff Federal Deposit Insurance    Counsel for Defendant Bank of New York, as
Corporation, in its Capacity as Receiver for    Indenture Trustee of the NextCard Credit Card
NextBank, N.A.    Master Note Trust

DC 561643_1.DOC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 21, 2006, true and accurate copies of foregoing STIPULATION were served by mail upon:

John L. Douglas
H. Stephen Harris, Jr.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

Paul F. Brinkman
Alston & Bird LLP
601 Pennsylvania Avenue, N.W.
North Building, 10th Floor
Washington, D.C. 20004-2601

_____
Scott H. Christensen