UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION,** ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 06-1975 (ESH) |
| **THE BANK OF NEW YORK,** ) ) ) | |
| Defendant. ) ) | |

## SCHEDULING ORDER

The parties participated in a teleconference before the Court on December 4, 2006. Based on the representations of counsel, it is hereby **ORDERED** that

1. Defendant may supplement its motion to dismiss filed November 20, 2006. Any supplemental pleading shall be filed on or before December 6, 2006.

2. Plaintiff's opposition and cross-motion to dismiss and/or for summary judgment, if any, shall be filed on or before December 15, 2006.

3. Defendant's reply and any opposition shall be filed on or before December 21, 2006, by 12 p.m.

4. Plaintiff's reply, if any, shall be filed on or before December 28, 2006.

      5.      A hearing on dispositive motions is scheduled for January 11, 2007, at 2 p.m., in Courtroom 14.

**SO ORDERED.**

                                                                                                             s/
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

DATE: December 5, 2006