UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL DEPOSIT INSURANCE
CORPORATION, in its Capacity as
Receiver for NextBank, N.A.,

                                    Plaintiff,

              v.

THE BANK OF NEW YORK, as Indenture
Trustee of the NextCard Credit Card Master
Note Trust,

                                    Defendant.

Case No. 06-CV-1975-ESH

Hon. Ellen Segal Huvelle

## THE FDIC RECEIVER'S POST-HEARING SUPPLEMENT

In response to this Court's request at oral argument for a case addressing whether

the Court may impose sanctions for activity before other courts, the Federal Deposit Insurance

Corporation, in its Capacity as Receiver for NextBank, N.A. (the "FDIC Receiver") refers this

Court to *LaPrade v. Kidder Peabody & Co., Inc.*, 146 F.3d 899, 905 (D.C. Cir. 1998) (affirming

the D.C. district court's award of attorneys' fees pursuant to 28 U.S.C. § 1927 for filing a

subsequent action in New York state court), *cert. denied*, 525 U.S. 1071 (1999). *See also*

*Chambers v. NASCO, Inc.*, 501 U.S. 32, 57 (1991) ("As long as a party receives an appropriate

hearing . . . the party may be sanctioned for abuses of process occurring beyond the courtroom,

such as disobeying the court's orders" and "conduct before other tribunals.").

Dated: January 17, 2007

Of Counsel:

Tom M. Reeves (KS Sup. Ct. No. 7259)
  Counsel
Federal Deposit Insurance Corporation
550 17th Street, N.W., Room VS-D-7068
Washington, D.C. 20429
Telephone:  (703) 562-2433
Facsimile:  (703) 562-2475
E-mail:  TReeves@FDIC.gov

Respectfully submitted,

Dennis S. Klein, D.C. Bar No. 361457
Scott H. Christensen, D.C. Bar No. 476439
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone:  (202) 721-4600
Facsimile:  (202) 721-4646


Attorneys for Plaintiff Federal Deposit
Insurance Corporation, in its Capacity as
Receiver for NextBank, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on January 17, 2007, true and accurate

copies of foregoing The FDIC Receiver's Post-Hearing Supplement were served by mail upon:

John L. Douglas
H. Stephen Harris, Jr.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

Paul F. Brinkman
Alston & Bird LLP
601 Pennsylvania Avenue, N.W.
North Building, 10th Floor
Washington, D.C.  20004-2601

Scott H. Christensen