IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Federal Deposit Insurance Corporation, in its Capacity as Receiver for NextBank, N.A., <br><br> Plaintiff, <br><br> -against- <br><br> The Bank of New York, as Indenture Trustee of the NextCard Credit Card Master Note Trust, <br><br> Defendant. | Case No. 06-1975 (ESH) |

**NOTICE OF APPEAL**

Notice is hereby given this 28th day of February, 2007, that Defendant The Bank of New York hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 29th day of January, 2007 in favor of Plaintiff the Federal Deposit Insurance Corporation against said Defendant The Bank of New York.

/s/ H. Stephen Harris, Jr.
H. Stephen Harris, Jr.
D.C. Bar No. 481092

Alston & Bird LLP
1201 W. Peachtree St.
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

- 2 -

Scott H. Christensen, Esq.
Hughes Hubbard & Reed LLP
1775 I St.
Washington, DC 20006
Attorney for Plaintiff

Clerk
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave. NW
Washington, DC 20001