# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5358**

**September Term, 2007**

THE BANK OF NEW YORK,
AS INDENTURE TRUSTEE OF THE NEXTBANK CREDIT CARD MASTER NOTE TRUST,
    APPELLANT

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,
IN ITS CAPACITY AS RECEIVER FOR NEXTBANK N.A.,
    APPELLEE



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    **NOV 1 3 2007**

**CLERK**

---

Consolidated with 07-5074

---

Appeals from the United States District Court
for the District of Columbia
(No. 03cv01221)
(No. 06cv01975)

---

Before: HENDERSON, RANDOLPH and BROWN, *Circuit Judges.*

## JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 2/1/08
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

Date: November 13, 2007

Opinion for the court filed by Circuit Judge Randolph.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk